**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN HERNANDEZ NUNEZ,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO DETENTION CENTER, *et al.*,<br>Respondents. | Case No. 2:26-cv-07438-DKW-RAO<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

On July 9, 2026, Petitioner Juan Hernandez Nunez ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against Warden, Adelanto U.S. Immigration and Customs Enforcement ("ICE") Processing Center; and Director of the San Bernardino Field Office (collectively, "Respondents"). Dkt. No. 1 ("Pet."). The same date, Petitioner filed an application for temporary restraining order, which the Court denied. Dkt. Nos. 2, 8.

Petitioner, a citizen of Mexico, entered the United States at or near Eagle Pass, Texas in February 2023. *Id.* ¶¶ 1, 15.

On June 2, 2026, Petitioner was a passenger in his employer's vehicle and ICE agents pulled them over in an unmarked vehicle. *Id.* ¶ 18. One of the agents

approached the Petitioner's passenger window to ask him questions, and the ICE agents proceeded to handcuff the Petitioner and take him into custody. *Id.* Petitioner explains that "[h]is handcuffs were so tight he arrived at the facility with numb hands." *Id.*

Prior to detention, Petitioner had set up an appointment for July 20, 2026, "with his local physician to examine his testicles as he felt a throbbing pain and discomfort throughout the day, especially at night." *Id.* ¶ 21. Petitioner requested medical attention within the detention center, the "medical staff did not find any lumps and sent Petitioner back despite explaining his persistent pain in the region." *Id.* Petitioner now states "that he feels pain when he urinates as well." *Id.*

Petitioner has a U.S. citizen wife. *Id.* ¶ 17.[1] Additionally, "Petitioner has deep roots in this community, and prior to his detention, the Petitioner worked cutting and trimming trees and providing for his family." *Id.* ¶ 24. Petitioner explains that "[h]is continued detention deprives his family of his companionship and income." *Id.*

Petitioner is currently detained at the Desert View Facility in Adelanto, California.[2] Petitioner has a Master hearing scheduled for August 12, 2026. *Id.* ¶ 23.

Petitioner alleges, *inter alia*, that his continued detention violates his Fifth Amendment rights to due process. *Id.* ¶¶ 28–30. The Petition seeks relief in the form of, *inter alia*, Petitioner's immediate release or, alternatively, an order directing Respondents to provide Petitioner with a custody redetermination hearing before an immigration judge. *Id.* at 6.

Respondents filed their response on July 16, 2026 ("Answer"). Dkt. No. 10. The Answer states that Petitioner appears to be an eligible member of the Bond

[1] On June 23, 2026, Petitioner and his wife filed their I-130 Petition for Alien Relative, and it is now pending before United States Citizenship and Immigration Services. Pet. ¶ 22.

[2] The publicly available ICE records reflect that the Petitioner is currently detained by ICE at the Desert View Facility within this District.

Eligible Class certified in *Maldonado Bautista*, and accordingly, entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 1. Respondents request that if a bond hearing is ordered, the timing of the hearing be consistent with what courts in this district have generally ordered, which is to require a Section 1226(a) bond hearing be held within seven days. *Id.*

Petitioner has not filed a reply to Respondents' Answer, and the time for filing a reply has now passed. *See* Dkt. No. 6.

In light of Respondents' acknowledgement that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a), IT IS ORDERED that:

(1) The Petition is GRANTED as to Count One claiming a violation of the Fifth Amendment and DENIED as moot as to the remaining counts;

(2) Respondents are enjoined from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

(3) Within 30 days of entry of final judgment in this action, the Court will consider an application from Petitioner for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: August 3, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge