# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN HERNANDEZ NUNEZ,

Petitioner,

v.

WARDEN, ADELANTO DETENTION CENTER, *et al.*,

Respondents.

Case No. 2:26-cv-07438-DKW-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part.

DATED: August 3, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge